LEE LITIGATION GROUP PLLC
Secretary of State, 306BCL

# UNITED STATES SOUTHERN DISTRICT COURT OF NEW YORK

## AFFIDAVIT OF SERVICE



*2118399*

Index no : CV 15 6485

| Plaintiff: | DIANA HRISTOVA ET AL |
|---|---|
| Defendant: | UNO RESTAURANT HOLDINGS CORPORATION ET AL |

STATE OF NEW YORK COUNTY OF NEW YORK     ss.:

**STEVEN AVERY**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **12/08/2015** at **9:30 AM** at the office of the Secretary of State of the State of New York in the City of Albany, New York, I served the within **SUMMONS AND FIRST AMENDED CLASS AND COLLECTIVE ACTION COMPLAINT** upon **UNO RESTAURANT HOLDINGS CORPORATION** the **Defendant** in this action in the manner indicated below:

By delivering to and leaving with **SUE ZOUKY, CLERK AUTHORIZED TO ACCEPT** in the office of the Secretary of State of New York, two true copies thereof and at the same time of making such service, deponent paid said Secretary of State, a fee of $40.00. That said service was made pursuant to Section 306 of the BCL.

Deponent further states, he knew the said served to be an authorized **CLERK AUTHORIZED TO ACCEPT** in the Corporate Divison of the State of New York.

Deponent further describes the person actually served as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | White | Brown | 60 | 5' | 120 |
| Other Features: | | | | | |

Sworn to and subscribed before me on
12/09/2015

X_____
STEVEN AVERY
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York, NY 10007
(212) 233-3508 Clerk: ASHWINEE

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2018

